JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:     916.444.3249

Attorneys for Defendant SFCJ, Inc.

SCOTT N. JOHNSON (SBN 166952)
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  94608-5758
Phone: 916.485-3516
Fax:     916.481-4224

Attorneys for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson, | ) | Case No. 2:08-cv-00346-WBS-GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| SFCJ, Inc., Individually and d/b/a Carl's Jr. Restaurant #7051; Joe Okuno, Individually and as Trustee of the Joe and Nuiko Okuno Living Trust Agreement, dated September 30, 1988; Nuiko Okuno, Individually and as Trustee of the Joe and Nuiko Okuno Living Trust Agreement, dated September 30, 1988; | ) | |
| Defendants. | ) | |

The parties to the above-captioned matter, by and through their respective undersigned counsel, hereby stipulate to and request an order to continue the case management conference currently set for April 21, 2008 because Defendant SFCJ, Inc.'s counsel will be in trial.

DATED:  April 7, 2008         McDONOUGH HOLLAND & ALLEN PC
                              Attorneys at Law


                              By:  _____*/s/ Julie Raney*_____
                                        JULIE RANEY
                              Attorneys for Defendants John Muir Health and John Muir Medical Foundation

1

1
2
3 DATED: April 7, 2008                                    */s/ Scott N. Johnson*
4                                                                    SCOTT N. JOHNSON
5                                              Attorney for Plaintiff Scott N. Johnson
6
7
8                                              **ORDER**
9
10      Having read the foregoing Stipulation and good cause appearing therefor,
11      IT IS SO ORDERED that the Initial Case Management Conference is continued to
12 **May 19, 2008 at 2:00 p.m.**
13 DATED: April 7, 2008
14
15                    WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28



2
STIP. & [PROPOSED] ORDER TO CONTINUE INITIAL CMC                           1087809v1 99999/0001