JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant SFCJ, Inc.

SCOTT N. JOHNSON (SBN 166952)
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  94608-5758
Phone: 916.485-3516
Fax:    916.481-4224

Attorneys for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson, | Case No. 2:08-cv-00346-WBS-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| SFCJ, Inc., Individually and d/b/a Carl's Jr. Restaurant #7051; Joe Okuno, Individually and as Trustee of the Joe and Nuiko Okuno Living Trust Agreement, dated September 30, 1988; Nuiko Okuno, Individually and as Trustee of the Joe and Nuiko Okuno Living Trust Agreement, dated September 30, 1988; | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff Scott N. Johnson and Defendant SFCJ, Inc., Individually and d/b/a Carl's Jr. Restaurant #7051, through their undersigned counsel, that Defendant's time to respond to the complaint filed by Scott N. Johnson in this case shall be extended to May 2, 2008.

/ / /

/ / /

/ / /



| | | |
|---|---|---|
| 1 | DATED:  April 11, 2008 | McDONOUGH HOLLAND & ALLEN PC<br>Attorneys at Law |
| 2 | | |
| 3 | | By:  _____/s/ Julie Raney_____ |
| 4 | | JULIE RANEY<br>Attorneys for Defendants SFCJ, Inc. |
| 7 | DATED:  April 11, 2008 | _____/s/ Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff Scott N. Johnson |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the time for Defendant to respond to the complaint is extended until May 2, 2008.

DATED:  April 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

