```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>SFCJ, Inc., et al,<br><br>  Defendants | Case No. **2:08-cv-00346-WBS-GGH**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: May 19, 2008<br>Time: 2:00 pm<br>Courtroom: 5 |

Plaintiff, Scott N. Johnson, and Defendants, SFCJ, Inc. hereby stipulate to an extension of time in which to continue the status conference from May 19, 2008 to July 14, 2008. Plaintiff has granted Defendants Joe and Nuiko Okuno an extension of time to respond to the complaint until June 20, 2008 due to the fact that Defendant Joe Okuno has been hospitalized and is in a sedated state as per physicians' orders. A continuance to July 14, 2008 for the status conference will give the Plaintiff and

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-08-cv-00346-WBS-KJM - 1

Defendants' time to engage in settlement discussions and the Defendants' time to respond to Plaintiff's complaint.

Dated:  May 5, 2008                    /s/Scott N. Johnson ____

                                       Scott N. Johnson,

                                       Attorney for Plaintiff


Dated:  May 5, 2008                    /s/Julie Raney_ _____

                                       Julie Raney,

                                       Attorney for Defendant,

                                       SFCJ, Inc.


**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **July 14, 2008 at 2:00 p.m.**

Date:  May 5, 2008

                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-08-cv-00346-WBS-KJM - 2